UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LORRAINE L. TOWNSEND,

vs.                              CIVIL ACTTION NO. **10-0218 (ESH)**

DEPARTMENT OF THE NAVY


## MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS, OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff Lorraine Townsend who respectively opposes Defendant's Motion To Dismiss, Or, Alternatively, Motion For Summary Judgment based on the following:

1. The Defendant has not answered the basic complaint that was served on them 19 February 2010, 23 February 2010 and 03 March 2010.

2. The Defendant was to answer Plaintiff's complaint on 20 April 2010 and/or 03 May 2010 by the courts' rule.

3. The Defendant filed an untimely motion on 04 May 2010 to extend time to 22 June 2010. Motion was granted to extend time on or before 22 June 2010.

4. The Defendant filed a second motion to extend time to respond to 16 July 2010. Motion was granted for the Defendant to file a response to the Plaintiff's Complaint BY 16 July 2010 and no more continuance will be granted.

RECEIVED
AUG 2 3 2010
Clerk, U.S. District and
Bankruptcy Courts

Townsend
10-0218 (ESH)

5. The Defendant did not file the third motion to extend time "timely" whereas the motion was post marked 19 July 2010 to extend time to 19 July 2010 and ignoring the court's order that no further continuances shall be granted.

6. The Defendant did not file a response to the Plaintiff's complaint but instead filed a Motion to Dismiss, Or, Alternatively, Motion for Summary Judgment on 19 July 2010. Motion was granted on 26 July 2010.

7. The Plaintiff mailed by certified mail on 21 July 2010 an opposition to deny defendant's motion to extend time to 19 July 2010. In addition, it was asked that the court honor the courts order of no more continuances shall be granted to file a response and not a brief as the defendant so stated, as attached and proof.

8. The Defendant has ignored the court's order without sanctions or punishment. In addition, the Defendant filed a motion on 19 July 2010 with no merit to delay filing an answer to Plaintiff's complaint.

9. The Defendant has no good faith basis for filing an extension and no good faith to respond to the Plaintiff's complaint.

10. The Defendant fully knows that upon receiving an unfavorable ruling at Equal Employment Opportunity Commission (EEOC) and Merit System Protection Board (MSPB) then the party may proceed to the US District Court.

11. The Plaintiff was provided with the Right to Sue/Right to File A Civil Action letter in accordance with 42 U.S.C. §§ 2000e-5, 16c and 29 USC 633a(c).

I hereby swear and affirm the affidavit of my complaint entered into record on 09 February 2010 in the US District Court:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LORRAINE L. TOWNSEND,

vs.                                         CIVIL ACTTION NO. **10-0218 (ESH)**

DEPARTMENT OF THE NAVY

### AFFIDAVIT OF SERVICE

I Lorraine L. Townsend, Plaintiff hereby declare that on 13 August 2010, I mailed the Motion to Dismiss the Defendant's Motion To Dismiss, Or, Alternatively, Motion For Summary Judgment by certified mail as indicated below:

Certified Mail:   Judge Ellen S. Huvelle
United States Courthouse
333 Constitution Ave, NW
Washington, DC 20001

Certified Mail:   Daria Zane
US Attorney General
555 4th Street, NW
Washington, DC 20530

LORRAINE L. TOWNSEND
PRO SE
1707 SOUTH 26TH STREET #5
ARLINTON, VA 22206
703-549-4498

Townsend
10-0218 (ESH)