## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORRAINE TOWNSEND,**  )  )  **Plaintiff,**  )  )  v.  )  )  **RAY MABUS, Secretary,**  )  **U.S. DEPARTMENT OF THE NAVY,**  )  )  **Defendant.**  )  ) | Civil Action No. 10-0218 (ESH) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss and for summary judgment [dkt. 10] is **GRANTED**; and it is further

**ORDERED** that plaintiff's breach of contract claims are **DISMISSED** without prejudice, and her remaining claims are **DISMISSED** with prejudice.

                                                        /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date:   September 13, 2010